FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

2/9/2015 3:53:51 PM

CHRISTOPHER A. PRINE
Clerk

EXHIBIT A

# ProDoc®eFiling 2

logged in as vld57atal@yahoo.com

Home | Submit Filing | Submit eService | My Filings | My eServices | Firm Management | Resources |

« Back to All Filings

🖨 Print Page

## Filed Date & Time

| Date: | Time: |
| --- | --- |
| Monday, November 03, 2014 | 11:18:27 PM |

**Filing Status Definitions**

**Envelope Information**

**Envelope Number:** 3051331
**Case Category:** Probate - Guardianship
**Cause Number:** PR-0074571

**Court Assignment:** Galveston County - Probate Court
**Case Type:** Guardianship - Adult
**Case Title:** Guardianship of Lonnie Phillips, Jr., a/k/a, Lonnie Phillips, Incapacitated

| Envelope Fee | Est.Amount |
| --- | --- |
| **ProDoc, Inc. or other provider fee:** | |
| eFiling/eService Fee | $3.00 |
| 8.25% Sales Tax | $0.25 |
| **Court Fees:** | |
| Total Court Service Fees | $2.00 |
| **State eFiling System Processing Fees:** | |
| Convenience Fee | $0.15 |
| **Total Envelope Fees:** | **$5.40** |

### Payment Information

**Account Name:** Veronica Davis
**Payment Method:** Credit Card
**Credit Card Type:** AMEX
**Card Number:** XXXX XXXX XXXX 5003
**Card Expiration Date:** 06/2016
**Transaction Amount:** $7.46
**Transaction Status:**
**Transaction ID:** 5039093
**Transaction Order ID:** 003051331-0

### Personal Information

**Filer:** Veronica Davis
**Attorney of Record:** Veronica Davis
**Firm or Organization:** Veronica Davis
**Bar Number:** 5557300

### Service Recipients

**Veronica Davis**
Email: vld57atal@yahoo.com
Status: Sent
Service Opened: No

| View Log |

## Motion

| Filing Fees | |
| --- | --- |
| **Total Filing Fees:** | $0.00 |

### Filing Information

**Current Status:** ▌ rejected (see clerk comments)
**Filing Description:** Motion for Rehearing
**Reference Number:** LP 0017
**Clerk Comments:** No filings with attachments are accepted. Please submit the exhibits as one document behind the Motion.

### Document Information

**Document(s) Filed:**

**Lead Document:**

📄 Original - rehearing.motion.pdf [**Contains sensitive data**]

**Submitted Document(s):**

📄 Original - phillips pictures 001.pdf [**Contains sensitive data**]

📄 Original - phillips pictures 002.pdf [**Contains sensitive data**]

This site and all contents Copyright ©2003-2015 Thomson Reuters. All rights reserved.

Loading...

EXHIBIT B

ACCEPTED
01-14-1004-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
1/5/2015 5:50:51 PM
CHRISTOPHER PRINE
CLERK

*Veronica L. Davis*

*Attorney at Law*

*226 N. Mattson*

*West Columbia, Texas 77486*

*(979) 345-2953*

*(979) 345-5461 facsimile transmission*

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

1/5/2015 5:50:51 PM

CHRISTOPHER A. PRINE
Clerk

Hon. Christopher Prine
First Court of Appeals
301 Fannin
Houston, Texas 77002

January 02, 2014

Re:    Cause **No.** 01-14-1004-CV; In the Matter of the Guardianship of Lonnie Phillips, Jr. Incorrectly titled Kevin Campbell vs. Catherine Wiley; from the Galveston County Probate Court

Dear Mr. Prine,

You have sent a letter requesting the docketing fee. The ward is indigent in this cause. A Motion has been filed in Probate Court to proceed with this cause as an indigent.

Attached please find a copy of the filing. Please file among the papers in this cause.

Thank you in advance for your attention to this matter.

Sincerely yours,

/s/ Veronica L. Davis

Veronica L. Davis

ACCEPTED
01-14-004-CV
FIRST COURT OF APPEALS
12/31/2014 8:56:43 PM
Dwight D. Sullivan, TEXAS
County Clerk 5:50:51 PM
Galveston County CHRISTOPHER PRINE
CLERK

## NO. PRO74571

| | | |
|---|---|---|
| IN THE MATTER OF THE | § | IN THE PROBATE COURT |
| GUARDIANSHIP OF | § | AT LAW NUMBER |
| LONNIE PHILLIPS, JR. | § | GALVESTON COUNTY, TEXAS |

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
1/5/2015 5:50:51 PM
CHRISTOPHER A. PRINE
Clerk

## AFFIDAVIT OF INDIGENCE

On the 30th day of December, 2014, came on before me, a person known to me to be Veronica L. Davis. who deposed on his oath and said:

"My name is Veronica L. Davis. I am counsel for the applicant in the above entitled and numbered cause. I have been in the stead of being counsel for the children of Lonnie Phillips, Jr. who petitioned this court for guardianship of the person and estate by agreement."

"The ward is currently in a nursing home. He receives Social Security in the approximate amount of $1200.00 which goes to the nursing home. The ward has a homestead which is protected by law from consideration in the determination of whether the ward is entitled to proceed in this cause as an indigent. There is no money in the estate of the ward."

"Appeal is sought on behalf of the children of the ward, two of which are indigent. The guardian ad litem contests the legitimacy of the applicant proceeding as a child of the ward due to the lack of a formal adoption. However, though the original applicant is not indigent, guardianship of the ward does not benefit the applicant, but is in the best interests of the ward. For the foregoing reasons, the previous applicant, Kevin Campbell should not bear the costs of attempting to dissolve the guardianship."

"The applicant has standing to proceed with an appeal pursuant to Texas Estate Code §32.001 and the Texas Rules of Civil Procedure 145.

"The ward in this cause suffers from dementia and is unable to attest to the information contained in this affidavit."

"Pursuant to Rule 145 ( c ) of the Texas Rules of Civil Procedure, the affiant shows that it is an attorney providing free legal services for the purpose of this appeal only. I am representing the ward and applicants, without contingency due to the ward's indigency, and I am providing services directly and this affirmation constitutes and IOLTA certificate that the services are being provided for this appeal at no cost to the ward."

Further affiant sayeth not.

_____
Veronica L. Davis

SUBSCRIBED AND SWORN TO BEFORE ME, a Notary Public, in and for the State of Texas, to certify my hand and seal of office on this the 30 day of December, 2017 .

_Christopher B Martin_
Notary Public in and for the State of Texas

6/26/18
My commission expires

CHRISTOPHER B MARTIN
NOTARY PUBLIC
STATE OF TEXAS
MY COMM. EXP. 6/26/18